No. 388.  UNITED STATES v. HARRIS.  C. A. 6th Cir. Motion to dispense with printing brief for respondent granted.  Certiorari granted.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 557.  NATIONAL LABOR RELATIONS BOARD v. LOCAL 825, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO; and

No. 570.  BURNS & ROE, INC., ET AL. v. LOCAL 825, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO, ET AL.  C. A. 3d Cir.  Certiorari granted.  Cases consolidated and a total of 1½ hours allotted for oral argument.  *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for petitioner in No. 557.  *Merritt T. Viscardi* and *Francis A. Mastro* for Burns & Roe, Inc., et al., petitioners in No. 570 and intervenors below in No. 557.  *Thomas E. Durkin, Jr.,* for respondent union in both cases.  Reported below: 410 F. 2d 5.

No. 642.  WILSON, WARDEN v. ATCHLEY.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.  *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci* and *William D. Stein,* Deputy Attorneys General, for petitioner.  *Charles A. Legge* for respondent.

No. 875.  DAPPER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.